# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE HAYNES-WATTS,<br><br>                Plaintiff,<br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 08-6171 JEM<br><br>ORDER TO SHOW CAUSE |

      On June 5, 2009, the Court issued an Order granting the parties' stipulated request for an extension of time, by which Plaintiff was allowed until July 28, 2009, either to submit her portion of the draft joint stipulation to Defendant or to file her brief in support of summary judgment.

      According to Defendant's Status Report, filed August 10, 2009, Plaintiff has not submitted her portion of the joint stipulation to Defendant. According to the Court's docket, Plaintiff has not filed a brief in support of summary judgment.

      IT IS HEREBY ORDERED that, on or before September 11, 2009, Plaintiff must (a) show good cause in writing why she did not submit her portion of the draft joint stipulation to Defendant or file her brief in support of summary judgment in a timely fashion, and why this action should not be dismissed for failure to prosecute and failure

1 to comply with the Court's June 5 Order; **or** (b) comply with the June 5 Order either by
2 submitting her portion of the draft joint stipulation to Defendant or filing her brief in
3 support of summary judgment.
4     Plaintiff is forewarned that, if she fails to do either, the Court will deem such
5 failure to be a further violation of a Court order justifying dismissal and further evidence
6 of a lack of prosecution of this action.

9 DATED: August 21, 2009            /s/
                                                        JOHN E. MCDERMOTT
10                                          UNITED STATES MAGISTRATE JUDGE