FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE HAYNES-WATTS, | Case No. CV 08-6171 RGK (JEM) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered dismissing this action without prejudice.

DATED: OCT 23 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE